**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **STEVEN & SOPHIE FLANAGAN** | ) | **Case No: 09-25080** |
| | ) | **Chapter 7** |
| | ) | |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1.      I am Trustee for the estate of the above-named Debtor(s).

2.      Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00

each.

        Claim 7 – Bleecker, Brodey & Andrews, Riverview Hospital,
        9247 N. Meridian St., Ste. 101, Indianapolis, IN 46260                    $4.68

3.      Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same

manner as unclaimed funds, as provided for in U.S.C. §347.

4.      Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S.

Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 110 in amount of $4.68 payable to the Clerk, U.S. Bankruptcy Court.

Dated:  August 19, 2011                                      /s/ Kenneth A. Manning
                                                            Kenneth A. Manning, Trustee
                                                            200 Monticello Drive
                                                            Dyer, Indiana 46311
                                                            (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 19th day of August, 2011, a true and complete copy of the above document was served by:
Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov

And by regular first class mail upon:
Bleecker, Brodey & Andrews, Riverview Hospital, 9247 N. Meridian St., Ste. 101, Indianapolis, IN 46260

                                                            /s/Kenneth A. Manning, Trustee
                                                            Kenneth A. Manning, Trustee